IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA LEAVER, et al. | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-4053 |
| | : | |
| NOBLE ABSTRACT COMPANY, INC. | : | |

## **ORDER**

AND NOW, this 10th day of November, 2016, upon consideration of defendant Noble Abstract Company, Inc.'s motion to dismiss plaintiff's complaint, Dkt. No. 3, and the response from plaintiffs, Christina and Norman Leaver, Dkt. No. 4, it is ORDERED that defendant's motion is GRANTED IN PART and DENIED IN PART as follows:

1. The motion is GRANTED with respect to plaintiffs' claim in Count III.  Count III is DISMISSED.

2. The motion is DENIED in all other respects.

It is FURTHER ORDERED that defendant shall file an answer on or before December 1, 2016 and the parties shall confer and agree upon a discovery schedule to be filed on or before December 1, 2016.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.